UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD PAUL HUDDLESON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV1564 HEA |
| | ) | |
| OFFICE OF COMPTROLLER | ) | |
| OF CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion.  Plaintiff, who is proceeding pro se, seeks a judgment ordering the Office of Comptroller of Currency, an independent bureau of the U.S. Department of Treasury, to resolve a dispute between Bank of America and himself in his favor.  The complaint does not state a basis for this Court's jurisdiction over the relief requested in the complaint, and the Court's independent research indicates that subject matter jurisdiction is lacking.

Rule 12(h)(3) of the Federal Rules of Civil Procedure states: "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."  Because plaintiff is proceeding pro se, the Court will order plaintiff to show cause why the complaint should not be dismissed for lack of jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall show cause, in writing and no later than twenty-one (21) days from the date of this Order, why this action should not be dismissed for lack of jurisdiction.

**IT IS FURTHER ORDERED** that if plaintiff fails to respond to this Order, this action will be dismissed.

Dated this 28th day of September, 2011.

_____
   HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE